United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael Urbanski  
Ann-Marie O'Malley  
     Debtors

Case No. 17-13749-elf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Oct 19, 2017  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2017.  
db/jdb       +Michael Urbanski,    Ann-Marie O'Malley,    20 Arbor Circle,    Colmar, PA 18915-9615

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2017 at the address(es) listed below:  
         GARY F. SEITZ     gseitz@gsbblaw.com,   gfs@trustesolutions.net;hsmith@gsbblaw.com  
         MARK M. MEDVESKY     on behalf of Debtor Michael  Urbanski mark@medveskylaw.com,  
         dmedvesky@whhslaw.com;medveskyecf@gmail.com;r44863@notify.bestcase.com  
         MATTEO SAMUEL WEINER     on behalf of Creditor   HomeBridge Financial Services, Inc.  
         bkgroup@kmllawgroup.com  
         REBECCA ANN SOLARZ     on behalf of Creditor   HomeBridge Financial Services, Inc.  
         bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
                                                                               TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Michael Urbanski<br>Debtor | | CHAPTER 7 |
| HomeBridge Financial Services, Inc.<br>Movant<br>vs. | | NO. 17-13749 ELF |
| Michael Urbanski<br>Debtor | | 11 U.S.C. Section 362 |
| Gary F. Seitz<br>Trustee | | |

## ORDER

AND NOW, this 18th day of October, 2017, upon failure of Debtor and the Trustee to file and answer or otherwise plead, it is:

**ORDERED** THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, is modified with respect to the subject premises located at 20 Arbor Circle, Colmar, PA 18915 ("Property"), so as to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and to pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, the automatic stay, having been lifted, shall not prohibit any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) from taking any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**