*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*


In re:                                                            : Chapter 7


Michael Urbanski and Ann−Marie O'Malley          : Case No. 17−13749−elf

       Debtor(s)


### *ORDER*
_____


AND NOW, this day , April 16, 2018 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


               By The Court

               Eric L. Frank
               Judge , United States Bankruptcy Court