United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael Urbanski  
Ann-Marie O'Malley  
    Debtors

Case No. 17-13749-elf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Apr 16, 2018  
                      Form ID: 195     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2018.  
db/jdb     +Michael Urbanski,   Ann-Marie O'Malley,   20 Arbor Circle,   Colmar, PA 18915-9615

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 17 2018 01:50:18  
     Capital One Auto Finance,   c/o Ascension Capital Group,   P.O. Box 165028,   Irving, TX 75016-5028  
cr     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2018 01:49:38   Orion (VERIZON),  
     c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021  
                                                      TOTAL: 2

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2018 at the address(es) listed below:  
      GARY F. SEITZ    gseitz@gsbblaw.com,  gfs@trustesolutions.net;hsmith@gsbblaw.com  
      MARK M. MEDVESKY    on behalf of Debtor Michael  Urbanski mark@medveskylaw.com,  
       dmedvesky@whhslaw.com;medveskyecf@gmail.com;r44863@notify.bestcase.com  
      MATTEO SAMUEL WEINER    on behalf of Creditor    HomeBridge Financial Services, Inc.  
       bkgroup@kmllawgroup.com  
      REBECCA ANN SOLARZ    on behalf of Creditor    HomeBridge Financial Services, Inc.  
       bkgroup@kmllawgroup.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                    TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

Michael Urbanski and Ann–Marie O'Malley  : Case No. 17–13749–elf
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , April 16, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

31
Form 195